IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JORGE DELFIN,

          Petitioner,

v.

COREY FHUERE,

          Respondent.

Case No. 6:24-cv-00706-SI

ORDER

SIMON, District Judge.

Petitioner in this 28 U.S.C. § 2254 habeas corpus case brings a Motion (#49) in which he appears to seek damages or sanctions involving the Oregon State Bar and others. The Motion is denied.

He also brings a Motion (#50) in which he asks the Court to allow him to file directly in the U.S. Supreme Court with respect to his request for appointed counsel in this case. The Motion is denied.

Petitioner also moves for leave to file an amended petition for writ of habeas corpus, but his Motion (#52) fails to comply with the requirements of Local Rule 15-1(a) and is therefore denied.

1 - ORDER

Petitioner's Motion for Defendant to Rely on Cause and Prejudice Standard (#53) is denied. As with many of Petitioner's motions, and as the Court has previously advised him, the appropriate place for him to make his legal arguments in this case is in his supporting memorandum which remains due December 30, 2024.

Petitioner's Motions for Summary Judgment (#56 & #69) are denied as both not tolerated by the Scheduling Order (#6) and because Petitioner has not established a sufficient basis for summary judgment under Fed. R. Civ. P. 56.

In another Motion (#57), Petitioner asks the Court to accept a prior filing as his supporting memorandum, but he fails to adequately identify which particular document he wishes to constitute his supporting memorandum. The Motion is therefore denied.

In another Motion (#58), Petitioner asks the Court to apply the appropriate law regarding jury unanimity issues when resolving this case. The Motion is unnecessary because the Court will apply any and all precedent that is relevant to the issues the case presents. The Motion is therefore denied.

Petitioner has filed two more Motions for Appointment of Counsel (#62 & #64) which are denied for the reasons identified in the Court's Oder (#48) dated October 31, 2024.

///
///
///
///
///
///

## **CONCLUSION**

Petitioner's Motions (#49, #50, #52, #53, #56, #57, #58, #62, #64 & #69) are denied.

Petitioner's supporting memorandum remains due December 30, 2024.

IT IS SO ORDERED.

December 5, 2024
DATE

Michael H. Simon
United States District Judge

3 - ORDER